# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Matthew Cahoon,                      Civil No. 09-2797 (RHK/JJG)

      Plaintiff,

vs.                                        **ORDER**

Metropolitan Life Insurance Company,

      Defendant.

---

Pursuant to the parties' Stipulation (Doc. No. 5), **IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**, without attorneys' fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 12, 2010

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge